1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  NATIONAL UNITY INSURANCE          )    Civil No. 04cv0135-L(WMC)
    COMPANY, a Texas Corporation,     )
12                                    )    **ORDER GRANTING MOTION TO**
                          Plaintiff,  )    **DISMISS CROSS-CLAIMS**
13                                    )
    v.                                )
14                                    )
    KARLA LOPEZ, *et al.*,            )
15                                    )
                         Defendants.  )
16                                    )
    ——————————————————————            )
17                                    )
    AND RELATED CROSS-CLAIMS          )
18                                    )
    ——————————————————————            )

19

20          On December 28, 2006 Cross-Claimants filed a joint motion to dismiss the Cross-Claims

21  filed February 23, 2004 and March 29, 2004.  The court finds the joint motion complies with

22  Federal Rule of Civil Procedure 41(a) and (c).[1]  Accordingly, the joint motion is **GRANTED**.  It

23  is hereby **ORDERED** as follows:

24          1.  The Cross-Claim filed February 23, 2004 is **DISMISSED WITH PREJUDICE**.

25  / / / / /

26  ——————————————————————

27          [1]      The joint motion is not signed by Jorge Servin, Maria Rosario Tovias and Tovias
    Freight & Service; however, none of these parties filed an answer or otherwise appeared in this
28  action.  A default was entered against Maria Rosario Tovias and Tovias Freight & Service on
    April 28, 2004.

2.  The Cross-Claim filed March 29, 2004 is **DISMISSED WITHOUT PREJUDICE**.

3.  The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

DATED:  January 3, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

04cv0135