1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   NATIONAL UNITY INSURANCE<br>COMPANY, a Texas Corporation, | )   Civil No. 04cv0135-L(WMC) |
| 12                                    Plaintiff, | )<br>)   **ORDER GRANTING JOINT**<br>)   **MOTION TO DISMISS** |
| 13   v. | )   **COMPLAINT OF NATIONAL**<br>)   **UNITY INSURANCE COMPANY** |
| 14   KARLA LOPEZ, *et al.*, | )<br>) |
| 15                                    Defendants. | )<br>) |
| 16 | )<br>) |
| 17   AND RELATED CROSS-CLAIMS | )<br>) |
| 18 | ) |

19          On January 31, 2007, Plaintiff and Defendants filed a Joint Motion for Order to Dismiss

20   Complaint of National Unity Insurance Company.  The joint motion complies with Federal Rule

21   of Civil Procedure 41(a).  Accordingly, the joint motion is **GRANTED**.  The Complaint filed by

22   National Unity Insurance Company on January 21, 2004 is **DISMISSED WITH PREJUDICE**.

23   The parties shall bear their own fees and costs.

24          **IT IS SO ORDERED**.

25

26   DATED:  February 1, 2007

27   _____

28   M. James Lorenz
     United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

04cv0135